Opinion filed February 9, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed February 9, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00023-CR 

 

                                                    __________

 

                             MANUEL ANTONIO BELLOC, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 238th District Court

 

                                                        Midland
County, Texas

 

                                                Trial Court Cause No. CR 30,494

 



 

                                                                   O
P I N I O N

Manuel Antonio Belloc has filed in this court a motion to dismiss his
appeal.  The motion is signed by both
appellant and his counsel.  The motion is
granted.           

The appeal is
dismissed.

 

February 9, 2006                                                                  PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.